3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN ZAIN OMAR,

Defendant.

Case: 1:21-cr-20653
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 10-20-2021
INDI USA v. Nathan Omar (tt)

FILED
OCT 20 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(18 U.S.C. § 922(g)(1))**
**(Felon in Possession of a Firearm)**

On or about June 2, 2021, in the Eastern District of Michigan, Northern Division, NATHAN ZAIN OMAR, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, one Glock, Model 35, .40 caliber, semiautomatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATIONS**
**(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)**

The allegations of this Indictment are hereby incorporated by reference for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses set forth in Count One of the Indictment, in violation of Title 18, United States Code, Section 922(g), defendant NATHAN ZAIN OMAR shall forfeit to the United States one Glock, Model 35, .40 caliber, semiautomatic pistol, and any associated ammunition involved in the commission of the offense.

**THIS IS A TRUE BILL.**

Dated: October 20, 2021

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/Anca I. Pop
ANCA I. POP (P70032)
Assistant United State Attorney
101 First Street, Ste. 200
Bay City, MI 48708
Telephone number: (989) 895-5712
email: anca.pop@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed.**

**United States District Court**
**Eastern District of Michigan**

**Criminal Case Cover Sheet**

**Case Number**

Case: 1:21-cr-20653
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 10-20-2021
INDI USA v. Nathan Omar (tt)

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com|**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☑ **No** | **AUSA's Initials:** AP |

**Case Title:** USA v. Nathan Zain Omar

**County where offense occurred :** Saginaw

**Check One:** ☑ **Felony** ☐ **Misdemeanor** ☐ **Petty**

_X_ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [**Case number:** __________ ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** __________ **Judge:** __________

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 20, 2021
Date

s/Anca I. Pop
Anca I. Pop
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 458708
989-895-5712
Anca.Pop@usdoj.gov
P70032

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.